In the Matter of the Claim of JACK GRACE, Respondent, against M. & M. IRON WORKS COMPANY, INC., Appellant, and Another. STATE INDUSTRIAL BOARD, Respondent.— Motion granted, with ten dollars costs to the State Industrial Board, unless the appellant perfects its appeal by July 1, 1928, and pays said costs, in which event motion is denied. Present — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

